Steven M. Crass                    #209873
Andrea M. Upton                    #285733
BAKER MANOCK & JENSEN, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Attorneys for   Defendants FORTINO SERGIO DE LA LUZ, dba RASPADOS EL DIABLITO LOCO; YI MAK, Co-Trustee of the MEI LIN MAK RESIDUAL TRUST CREATED UNDER THE MAK 2006 REVOCABLE TRUST; PIN MAK Co-Trustee of the MEI LIN MAK RESIDUAL TRUST CREATED UNDER THE MAK 2006 REVOCABLE TRUST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE<br><br>             Plaintiff,<br><br>     v.<br><br>FORTINO SERGIO DE LA LUZ, dba RASPADOS EL DIABLITO LOCO; YI MAK, Co-Trustee of the MEI LIN MAK RESIDUAL TRUST CREATED UNDER THE MAK 2006 REVOCABLE TRUST; PIN MAK Co-Trustee of the  MEI LIN MAK RESIDUAL TRUST CREATED UNDER THE MAK 2006 REVOCABLE TRUST,<br><br>             Defendants. | CASE No. 1:14-CV-01159  SMS<br><br>**STIPULATION AND ORDER GRANTING DEFENDANTS AN EXTENSION TO FILE RESPONSIVE PLEADING** |

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD, hereby stipulate as follows:

1.     PIN MAK, co-Trustee of the MEI LIN MAK RESIDUAL TRUST CREATED UNDER THE MAK 2006 REVOCABLE TRUST, was served with the Complaint in the above-captioned matter on August 5, 2014.  Accordingly, the original deadline for PIN MAK to file a responsive pleading pursuant to Fed. R. Civ. Proc. 12 (a)(1)(A) is August 26, 2014.  The

1527758v1

1  parties previously agreed to a 15-day extension for PIN MAK to file his responsive pleading(s).
2  The deadline was therefore extended to September 9, 2014.
3          2.      FORTINO SERGIO DE LA LUZ was purportedly served with a copy of
4  the Complaint via substituted service on August 4, 2014.  A copy of the complaint was placed in
5  the mail on August 5, 2014.  Accordingly, the original deadline for FORTINO SERGIO DE LA
6  LUZ to respond to the Complaint was September 5, 2014.
7          3.      No proof of service has been filed as to YI MAK, Co-Trustee of the MEI
8  LIN MAK RESIDUAL TRUST CREATED UNDER THE MAK 2006 REVOCABLE TRUST.
9  Accordingly, the time for YI MAK to file a responsive pleading has not yet begun to run.
10         4.      The parties desire to resolve the claims set forth in Plaintiff's Complaint in
11 the above-captioned matter as efficiently as possible, and would like to allow time to attempt to do
12 so without further involvement of the Courts.  To that end, the parties have agreed to extend the
13 deadline for PIN MAK and FORTINO SERGIO DE LA LUZ to file a responsive pleading to
14 September 19, 2014.
15         5.      The parties agree that this Stipulation may be signed in counterparts and
16 submitted to the court in that manner.  The parties also agree that facsimile copies of signatures
17 may be submitted to the Court.
18         IT IS SO STIPULATED.
19         DATED:  September 5, 2014

                                            BAKER MANOCK & JENSEN, PC

                                            By:  /s/ Andrea M. Upton
                                            Andrea M. Upton
                                            Attorneys for Defendants
         DATED:  September 5, 2014           MOORE LAW FIRM, P.C.

                                            By:  /s/ Tanya E. Moore
                                            Tanya E. Moore
                                            Attorneys for Plaintiff Ronald Moore

**ORDER**

Having read the Stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the deadline for filing responsive pleadings on behalf of PIN MAK and FORTINO SERGIO DE LA LUZ shall be extended to September 19, 2014.

DATED: September 5, 2014        /s/ SANDRA M. SNYDER
                                UNITED STATES MAGISTRATE JUDGEE