Andrea M. Upton #285733
BAKER MANOCK & JENSEN, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Attorneys for   Defendants FORTINO SERGIO DE LA LUZ, dba RASPADOS
EL DIABLITO LOCO; YI MAK, Co-Trustee of the MEI LIN
MAK RESIDUAL TRUST CREATED UNDER THE MAK
2006 REVOCABLE TRUST; PIN MAK Co-Trustee of the  MEI
LIN MAK RESIDUAL TRUST CREATED UNDER THE
MAK 2006 REVOCABLE TRUST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RONALD MOORE | CASE No. 1:14-CV-01159-LJO-SMS |
|---|---|
| Plaintiff, | |
| v. | **FURTHER STIPULATION GRANTING DEFENDANTS AN EXTENSION TO FILE RESPONSIVE PLEADING; ORDER THEREON** |
| FORTINO SERGIO DE LA LUZ, dba RASPADOS EL DIABLITO LOCO; YI MAK, Co-Trustee of the MEI LIN MAK RESIDUAL TRUST CREATED UNDER THE MAK 2006 REVOCABLE TRUST; PIN MAK Co-Trustee of the  MEI LIN MAK RESIDUAL TRUST CREATED UNDER THE MAK 2006 REVOCABLE TRUST, | |
| Defendants. | |

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD, hereby stipulate as follows:

1. YI MAK was served with the Complaint in the above-captioned matter on August 27, 2014.  Accordingly, the original deadline for YI MAK to file a responsive pleading pursuant to Fed. R. Civ. Proc. 12 (a)(1)(A) is September 17, 2014.

2 The parties have agreed to a 15-day extension for YI MAK to file his responsive pleading(s).  The deadline is therefore extended to October 2, 2014.

3. The parties previously stipulated to, and this Court approved, an extension

1534818v3 / 15517.0003

for Defendants PIN MAK and FORTINO SERGIO DE LA LUZ to file a responsive pleading to September 19, 2014 while the parties attempt to reach an informal resolution to Plaintiff's claims. These efforts are ongoing. Accordingly, the parties agree that the deadline for PIN MAK and FORTINO SERGIO DE LA LUZ to file a responsive pleading also be extended to October 2, 2014.

        IT IS SO STIPULATED.

DATED: September 17, 2014    MOORE LAW FIRM, P.C.

By: /s/ Tanya E. Moore
Tanya E. Moore
Attorneys for Plaintiff Ronald Moore

DATED: September 17, 2014

BAKER MANOCK & JENSEN, PC

By: /s/ Andrea M. Upton
Andrea M. Upton
Attorneys for Defendants FORTINO SERGIO DE LA LUZ, dba RASPADOS EL DIABLITO LOCO; YI MAK, Co-Trustee of the MEI LIN MAK RESIDUAL TRUST CREATED UNDER THE MAK 2006 REVOCABLE TRUST; PIN MAK Co-Trustee of the MEI LIN MAK RESIDUAL TRUST CREATED UNDER THE MAK 2006 REVOCABLE TRUST

**ORDER**

Having read the Stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the deadline for filing responsive pleadings on behalf of Defendants YI MAK, PIN MAK and FORTINO SERGIO DE LA LUZ shall be extended to October 2, 2014.

DATED: September 18, 2014    /s/ SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE

1534818v3 / 15517.0003

2

STIPULATION GRANTING DEFENDANTS EXTENSION TO FILE RESPONSIVE PLEADING;
[PROPOSED] ORDER