## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No. 1:14-cv-01159-LJO-SMS |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |
| vs. | |
| FORTINO SERGIO DE LA LUZ, dba RASPADOS EL DIABLITO LOCO, et al., | |
| Defendants. | |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: November 10, 2014            MOORE LAW FIRM, P.C.

                                   */s/ Tanya E. Moore*
                                   Tanya E. Moore
                                   Attorneys for Plaintiff
                                   Ronald Moore

### **ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   **November 10, 2014**            **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE